WILLKIE FARR & GALLAGHER LLP
Rachel C. Strickland
Christopher S. Koenig
Debra C. McElligott
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

-and-

Jennifer J. Hardy
600 Travis Street, Suite 2310
Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                       :    Chapter 11
                                            :
DACCO Transmission Parts (NY), Inc.,        :    Case No. 16-_____ (      )
                                            :
            Debtor.                         :
-------------------------------------------------------x
In re                                       :    Chapter 11
                                            :
ABC Transmission Parts Warehouse, Inc.,     :    Case No. 16-_____ (      )
                                            :
            Debtor.                         :
-------------------------------------------------------x
In re                                       :    Chapter 11
                                            :
Alma Products I, Inc.,                      :    Case No. 16-_____ (      )
                                            :
            Debtor.                         :
-------------------------------------------------------x

```
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Atco Products, Inc.,                     :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Axiom Automotive Holdings Corporation,   :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Axiom Automotive Technologies, Inc.,     :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
Axiom Technologies Holding Corp., Inc.   :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO, Incorporated,                     :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO Transmission Parts (CA), Inc.,     :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO Transmission Parts (CO), Inc.,     :    Case No. 16-_____ (     )
                                         :
              Debtor.                    :
-----------------------------------------x
```

---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO Transmission Parts (LA), Inc.,          :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO Transmission Parts (NC), Inc.,          :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO Transmission Parts (NJ), Inc.,          :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO Transmission Parts (NM), Inc.,          :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO/Detroit of Alabama, Inc.,               :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO/Detroit of Arizona, Inc.,               :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

In re                                         :        Chapter 11
                                              :
DACCO/Detroit of Chattanooga, Inc.,           :        Case No. 16-_____ (      )
                                              :
                    Debtor.                   :
---------------------------------------------x

```
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DACCO/Detroit of Florida, Inc.,                 :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DACCO/Detroit of Georgia, Inc.,                 :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DACCO/Detroit of Indiana, Inc.,                 :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DACCO/Detroit of Kentucky, Inc.,                :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DACCO/Detroit of Maryland, Inc.,                :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
 In re                                          :    Chapter 11
                                                :
DACCO/Detroit of Memphis, Inc.,                 :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
In re                                           :    Chapter 11
                                                :
DACCO/Detroit of Michigan, Inc.,                :    Case No. 16-_____ (     )
                                                :
                            Debtor.             :
------------------------------------------------x
```

```
------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO/Detroit of Minnesota, Inc.,       :    Case No. 16-_____ (      )
                                        :
                    Debtor.             :
------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO/Detroit of Missouri, Inc.,        :    Case No. 16-_____ (      )
                                        :
                    Debtor.             :
------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO/Detroit of New Jersey, Inc.,      :    Case No. 16-_____ (      )
                                        :
                    Debtor.             :
------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO/Detroit of Ohio, Inc.,            :    Case No. 16-_____ (      )
                                        :
                    Debtor.             :
------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO/Detroit of Oklahoma, Inc.,        :    Case No. 16-_____ (      )
                                        :
                    Debtor.             :
------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO/Detroit of Pennsylvania, Inc.,    :    Case No. 16-_____ (      )
                                        :
                    Debtor.             :
------------------------------------------------x
```

```
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
DACCO/Detroit of South Carolina, Inc.,     :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
DACCO/Detroit of Texas, Inc.,              :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
DACCO/Detroit of Virginia, Inc.,           :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
DACCO/Detroit of West Virginia, Inc.,      :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
DACCO/Detroit of Wisconsin, Inc.,          :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
DIY Transmission Parts, LLC,               :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
In re                                      :    Chapter 11
                                           :
ETX Holdings, Inc.,                        :    Case No. 16-_____ (    )
                                           :
                     Debtor.               :
-------------------------------------------x
```

```
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
ETX Transmissions, Inc.,                           :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
ETX, Inc.,                                         :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
Michigan Equipment Corporation,                    :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
Nashville Transmission Parts, Inc.,                :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
Speedstar Holding Corporation,                     :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
Transtar Autobody Technologies, Inc.,              :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
Transtar Group, Inc.,                              :     Case No. 16-_____ (      )
                                                   :
                   Debtor.                         :
---------------------------------------------------x
```

```
-------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Transtar Holding Company,                       :    Case No. 16-_____ (      )
                                                :
                    Debtor.                     :
-------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Transtar Industries, Inc.,                      :    Case No. 16-_____ (      )
                                                :
                    Debtor.                     :
-------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
Transtar International, Inc.,                    :    Case No. 16-_____ (      )
                                                :
                    Debtor.                     :
-------------------------------------------------------x
```

### DEBTORS' MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES PURSUANT TO RULE 1015 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") hereby move for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), directing the joint administration of the Debtors' chapter 11 cases (the "**Motion**"). In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Joseph Santangelo in Support of Chapter 11 Petitions and First Day Pleadings (the "**First Day Declaration**"), which was filed with the Court concurrently herewith. In further support of the Motion, the Debtors, by and through their undersigned proposed counsel, respectfully represent:

## BACKGROUND

1.      On the date hereof (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors intend to continue in the possession of their respective properties and the management of their respective businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  The Debtors have requested that these chapter 11 cases be consolidated for procedural purposes.  As of the date hereof, no trustee, examiner or official committee has been appointed in any of the Debtors' cases.

2.      Prior to the Petition Date, the Debtors began the solicitation of votes on the *Joint Prepackaged Plan of Reorganization for Speedstar Holding Corporation, Transtar Holding Company and Their Affiliated Debtors* (including all exhibits, schedules, appendices, and supplements thereto, and as amended, modified, or supplemented from time to time, the "**Prepackaged Plan**"), through their disclosure statement related to the Prepackaged Plan (including all exhibits, schedules, appendices, and supplements thereto, and as amended, modified, or supplemented from time to time, the "**Disclosure Statement**").  As of the date that solicitation commenced, the Debtors, holders of approximately 98.8% of the aggregate principal amount of the Debtors' first lien term loan facility and first lien revolving credit facility, and the majority equity holder of Speedstar Holding Corporation ("**Speedstar**"), funds managed by the majority equity holder that hold equity interests in Speedstar, the general partner of such funds, and their affiliates had entered into a restructuring support agreement, dated November 18, 2016 (as amended, the "**Restructuring Support Agreement**") whereby such parties agreed to support the Prepackaged Plan.  The Debtors have filed concurrently herewith a motion seeking, among

other things, to schedule a combined hearing on the confirmation of the Prepackaged Plan and

approval of the Disclosure Statement.

3.      The events leading up to the Petition Date and the facts and circumstances

supporting the relief requested herein are set forth in the First Day Declaration.

## JURISDICTION

4.      This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of the

cases and this Motion in this district is proper before this Court pursuant to 28 U.S.C. §§ 1408

and 1409.  The statutory predicate for the relief requested herein is Bankruptcy Rule 1015(b).

## RELIEF REQUESTED

5.      By this Motion, the Debtors seek entry of an order, pursuant to

Bankruptcy Rule 1015(b), directing the consolidation of the Debtors' chapter 11 cases for

procedural purposes only.

## BASIS FOR RELIEF

6.      Bankruptcy Rule 1015(b) authorizes the Court to order the joint

administration of two or more cases pending before it under the Bankruptcy Code when affiliated

debtors are involved.  Bankruptcy Rule 1015(b) provides that if "two or more petitions are

pending in the same court by or against…a debtor and an affiliate, the court may order a joint

administration of the estates."  Fed. R. Bankr. P. 1015(b).

7.      The Debtors believe that it would be most efficient for the administration

of these cases if the Court were to authorize their joint administration.  The Debtors anticipate

that practically all of the hearings and matters involved in these chapter 11 cases will affect all of

the Debtors.  If approved, joint administration will reduce costs, facilitate administrative

efficiency, and avoid the procedural problems otherwise attendant to the administration of

separate but related chapter 11 cases.  The Court will be relieved of the burden of entering

duplicative orders and maintaining duplicative files.  Furthermore, supervision of the

administrative aspects of these chapter 11 cases by the United States Trustee for Region 2 (the

"**U.S. Trustee**") will be simplified.  Moreover, no party's substantive rights will be prejudiced

by the relief requested herein.

       8.      The Debtors request that one file and one docket be maintained for all of

the jointly administered cases under the case of DACCO Transmission Parts (NY), Inc.  In

addition, the Debtors propose that all pleadings relating to the Debtors' cases contain the

following joint caption:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                   :    Chapter 11
                                        :
DACCO Transmission Parts (NY), Inc., et al.,[1]  :   Case No. 16-_____ (   )
                                        :
                    Debtors.       :   (Jointly Administered)
------------------------------------------------------------x

       9.      The Debtors also request that all original pleadings be captioned as

indicated in the preceding decretal paragraph and all original docket entries shall be made in the

case of DACCO Transmission Parts (NY), Inc., Case No. 16- _____(____), and a docket

entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case directing the
> procedural consolidation and joint administration of the
> chapter 11 cases of DACCO Transmission Parts (NY), Inc.
> and its affiliates that have concurrently commenced chapter
> 11 cases.  The docket in the chapter 11 case of DACCO

---

[1]    A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer
identification number is attached as Schedule I to the Declaration of Joseph Santangelo in Support of
Chapter 11 Petitions and First Day Pleadings [Docket No. ____] and at http://cases.primeclerk.com/transtar.
The Debtors' executive headquarters are located at 7350 Young Drive, Walton Hills, OH 44146.

Transmission Parts (NY), Inc., Case No. 16-_____(__),
should be consulted for all matters affecting this case."

10.     The Debtors also seek authority to file the monthly operating reports required by the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees (the "**Guidelines**") on a consolidated basis.  Nevertheless, the Debtors will maintain separate disbursement reports on a Debtor-by-Debtor basis.  The Debtors have conferred with counsel to the United States Trustee for Region 2, who has consented to this request.

11.     Section 342(c)(1) of the Bankruptcy Code requires that any notice required to be given to creditors by the Debtors shall contain "the name, address, and last 4 digits of the taxpayer identification number of the debtor."  The Debtors submit that their proposed footnote complies with Section 342(c)(1) as the information will be publicly available at all times in the First Day Declaration and at http://cases.primeclerk.com/transtar.

12.     As the relief sought herein is procedural and not intended to affect substantive rights, no party will be prejudiced by the granting of this Motion.

## NOTICE

13.     Notice of this Motion will be given to:  (a) counsel to the United States Trustee for Region 2; (b) the Debtors' fifty (50) largest unsecured creditors on a consolidated basis; (c) counsel to Royal Bank of Canada, as administrative agent under the Debtors' prepetition first lien credit agreement; (d) counsel to Cortland Capital Markets, as administrative agent under the Debtors' prepetition second lien credit agreement; (e) counsel to the administrative agent under the Debtors' postpetition financing agreement; and (f) counsel to Friedman Fleischer & Lowe, LLC.  The Debtors submit that, under the circumstances, no other or further notice is required.

14.     No previous motion for the relief sought herein has been made to this or any other court.

*[The rest of this page is intentionally left blank]*

## <u>CONCLUSION</u>

WHEREFORE, the Debtors respectfully request that the Court enter an order,

substantially in the form annexed hereto as <u>Exhibit A</u>, granting the relief requested in the Motion

and such other and further relief for the Debtors as may be just and proper.

Dated: November 20, 2016
      New York, New York

                WILLKIE FARR & GALLAGHER LLP
                *Proposed Counsel for the Debtors and*
                *Debtors in Possession*

                By:  /s/ Jennifer J. Hardy
                      Rachel C. Strickland
                      Christopher S. Koenig
                      Debra C. McElligott
                      787 Seventh Avenue
                      New York, New York 10019
                      Telephone: (212) 728-8000
                      Facsimile: (212) 728-8111

                      -and-

                      Jennifer J. Hardy
                      600 Travis Street, Suite 2310
                      Houston, Texas 77002
                      Telephone: (713) 510-1700
                      Facsimile: (713) 510-1799

**<u>EXHIBIT A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
In re                                          :      Chapter 11
                                               :
DACCO Transmission Parts (NY), Inc.            :      Case No. 16-_____ (      )
                                               :
            Debtor.                            :
-------------------------------------------------x
In re                                          :      Chapter 11
                                               :
ABC Transmission Parts Warehouse, Inc.,        :      Case No. 16-_____ (      )
                                               :
            Debtor.                            :
-------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Alma Products I, Inc.,                         :      Case No. 16-_____ (      )
                                               :
            Debtor.                            :
-------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Atco Products, Inc.,                           :      Case No. 16-_____ (      )
                                               :
            Debtor.                            :
-------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Axiom Automotive Holdings Corporation,         :      Case No. 16-_____ (      )
                                               :
            Debtor.                            :
-------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Axiom Automotive Technologies, Inc.,           :      Case No. 16-_____ (      )
                                               :
            Debtor.                            :
-------------------------------------------------x

```
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
Axiom Technologies Holding Corp.,            :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO, Incorporated,                         :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO Transmission Parts (CA), Inc.,         :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO Transmission Parts (CO), Inc.,         :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO Transmission Parts (LA), Inc.,         :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO Transmission Parts (NC), Inc.,         :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO Transmission Parts (NJ), Inc.,         :    Case No. 16-_____ (     )
                                             :
              Debtor.                        :
--------------------------------------------x
```

```
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO Transmission Parts (NM), Inc.,               :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO/Detroit of Alabama, Inc.,                    :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO/Detroit of Arizona, Inc.,                    :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO/Detroit of Chattanooga, Inc.,                :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO/Detroit of Florida, Inc.,                    :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO/Detroit of Georgia, Inc.,                    :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DACCO/Detroit of Indiana, Inc.,                    :    Case No. 16-_____ (     )
                                                   :
                    Debtor.                        :
---------------------------------------------------x
```

```
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of Kentucky, Inc.,             :    Case No. 16-_____ (      )
                                             :
                 Debtor.                     :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of Maryland, Inc.,             :    Case No. 16-_____ (      )
                                             :
                 Debtor.                     :
---------------------------------------------x
 In re                                       :    Chapter 11
                                             :
DACCO/Detroit of Memphis, Inc.,              :    Case No. 16-_____ (      )
                                             :
                 Debtor.                     :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of Michigan, Inc.,             :    Case No. 16-_____ (      )
                                             :
                 Debtor.                     :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of Minnesota, Inc.,            :    Case No. 16-_____ (      )
                                             :
                 Debtor.                     :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of Missouri, Inc.,             :    Case No. 16-_____ (      )
                                             :
                 Debtor.                     :
---------------------------------------------x
```

```
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of New Jersey, Inc.,       :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of Ohio, Inc.,             :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of Oklahoma, Inc.,         :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of Pennsylvania, Inc.,     :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of South Carolina, Inc.,   :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of Texas, Inc.,            :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
In re                                    :    Chapter 11
                                         :
DACCO/Detroit of Virginia, Inc.,         :    Case No. 16-_____ (      )
                                         :
            Debtor.                      :
----------------------------------------x
```

- 5 -

```
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of West Virginia, Inc.,        :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DACCO/Detroit of Wisconsin, Inc.,            :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
DIY Transmission Parts, LLC,                 :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
ETX Holdings, Inc.,                          :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
ETX Transmissions, Inc.,                     :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
ETX, Inc.,                                   :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
In re                                        :    Chapter 11
                                             :
Michigan Equipment Corporation,              :    Case No. 16-_____ (      )
                                             :
              Debtor.                        :
---------------------------------------------x
```

- 6 -

```
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Nashville Transmission Parts, Inc.,            :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Speedstar Holding Corporation,                 :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Transtar Autobody Technologies, Inc.,          :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Transtar Group, Inc.,                          :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Transtar Holding Company,                      :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Transtar Industries, Inc.,                     :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
In re                                          :    Chapter 11
                                               :
Transtar International, Inc.,                   :    Case No. 16-_____ (      )
                                               :
                Debtor.                        :
------------------------------------------------x
```

**ORDER APPROVING JOINT**
**ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "**Motion**") of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), authorizing the joint administration of the Debtors' cases under chapter 11 of title 11 of the United States Code; and notice having been given as set forth in the Motion; and upon the Declaration of Joseph Santangelo in Support of Chapter 11 Petitions and First Day Pleadings; and it appearing that no other or further notice is required; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, and DECREED that:

1.      The Motion is granted to the extent set forth herein.

2.      The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 16-_____ (          ) in accordance with the provisions of Bankruptcy Rule 1015.

3.      The joint caption of the Debtors' cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re                                               :   Chapter 11
                                                    :
DACCO Transmission Parts (NY), Inc., <u>et al.</u>,[1]   :   Case No. 16-_____ (    )
                                                    :
                      Debtors.                      :   (Jointly Administered)
--------------------------------------------------------------x

      4.      All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of DACCO Transmission Parts (NY), Inc., Case No. 16-_____ (_____).

      5.      The Court hereby finds that the information provided in the footnote of the joint caption satisfies section 342(c)(1) of the Bankruptcy Code.

      6.      A docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of DACCO Transmission Parts (NY), Inc. and its affiliates that have concurrently commenced chapter 11 cases.  The docket in the chapter 11 case of DACCO Transmission Parts (NY), Inc., Case No. 16-_____(___), should be consulted for all matters affecting this case."

      7.      The Debtors shall be permitted to file the monthly operating reports required by the Guidelines of the United States Trustee for Region 2 on a consolidated basis; <u>provided</u>, <u>however</u>, that the Debtors shall track and report disbursements on a Debtor-by-Debtor basis.

---

[1] A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as <u>Schedule I</u> to the Declaration of Joseph Santangelo in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. ___] and at http://cases.primeclerk.com/transtar. The Debtors' executive headquarters are located at 7350 Young Drive, Walton Hills, OH 44146.

8.    The Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation or interpretation of this Order.

Dated: _____, 2016
        New York, New York

_____
          UNITED STATES BANKRUPTCY JUDGE